**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TIMOTHY J. FAISON,**

      **Plaintiff,**

**-vs-**                                     **Case No. 6:11-cv-1748-Orl-28GJK**

**FLEA WORLD, INC., SID LEVY,**

      **Defendants.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion to Strike Defendant's Affirmative Defenses (Doc. No. 29) filed June 13, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 28, 2012 (Doc. No. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Strike Defendant's Affirmative Defenses (Doc. No. 29) is **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 21st day of September, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record